VINCENT PAYSSE

VERSUS

NATALIE R. MARQUEZ

NO. 24-C-608

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

December 30, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** VINCENT PAYSSE

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE JUNE B. DARENSBURG, DIVISION "C", NUMBER 701-286

---

Panel composed of Judges Stephen J. Windhorst,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

In this *pro se* writ application, petitioner, Vincent Paysse, seeks mandamus relief, ordering the trial court to rule on a petition to fix visitation, which he states he filed on September 21, 2024.  The official record indicates that on December 3, 2024, a scheduled hearing on the visitation schedule was continued without date due to the failure to serve Natalie Renee Marquez.  Accordingly, there is no basis upon which to grant petitioner the relief sought.  Furthermore, petitioner has adequate remedies in the 24th Judicial District Court.  We therefore deny this writ.

Gretna, Louisiana, this 30th day of December, 2024.

**TSM**
**SJW**
**SUS**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>12/30/2024</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-C-608**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable June B. Darensburg (DISTRICT JUDGE)
No Attorney(s) were ENOTIFIED

### MAILED

Natalie R. Marquez (Respondent)
In Proper Person
6805 Wilty Street
Metairie, LA 70003

Vincent Paysse #517888 (Relator)
In Proper Person
Allen Correctional Center
3751 Lauderdale Woodyard Road
Kinder, LA 70648